# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

KENTREAL JARBAR HOWARD

NO. 2019 KW 1068

**SEP 1 7 2019**

---

In Re: Kentreal Jarbar Howard, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 718,291 c/w 744,470.

---

**BEFORE: WHIPPLE, C.J., GUIDRY AND CRAIN, JJ.**

**WRIT DENIED AS MOOT.** The record of the Clerk of Court of Terrebonne Parish reflects the district court denied relator's "Second Motion for Production of Documents Showing Particularized Need for Trial Transcripts" on August 23, 2019.

**VGW**
**JMG**
**WJC**

COURT OF APPEAL, FIRST CIRCUIT

_Peggy J. Landuy_
DEPUTY CLERK OF COURT
FOR THE COURT